Same case below, 612 F.3d 417.

**No. 10-6971. Elton Williams, Petitioner v. United States.**

562 U.S. 1050, 131 S. Ct. 615, 178 L. Ed. 2d 447, 2010 U.S. LEXIS 8979.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 376 Fed. Appx. 302.

**No. 10-6972. Raymond McMichael, Petitioner v. United States.**

562 U.S. 1051, 131 S. Ct. 615, 178 L. Ed. 2d 447, 2010 U.S. LEXIS 8899.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 377 Fed. Appx. 529.

**No. 10-6973. Eddie James Pugh, IV, Petitioner v. United States.**

562 U.S. 1051, 131 S. Ct. 615, 178 L. Ed. 2d 447, 2010 U.S. LEXIS 8834.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 386 Fed. Appx. 464.

**No. 10-6977. Philander Butler, Petitioner v. Juan D. Castillo, Warden.**

562 U.S. 1051, 131 S. Ct. 615, 178 L. Ed. 2d 447, 2010 U.S. LEXIS 8986.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6981. Paul S. Golden, Petitioner v. United States.**

562 U.S. 1051, 131 S. Ct. 615, 178 L. Ed. 2d 447, 2010 U.S. LEXIS 8813.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 388 Fed. Appx. 113.

**No. 10-6982. Edgar Mosquera Gamboa, Petitioner v. Joseph Norwood, Warden.**

562 U.S. 1051, 131 S. Ct. 616, 178 L. Ed. 2d 447, 2010 U.S. LEXIS 8841.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 380 Fed. Appx. 613.

**No. 10-6983. Todd R. Gehringer, Petitioner v. United States.**

562 U.S. 1051, 131 S. Ct. 616, 178 L. Ed. 2d 447, 2010 U.S. LEXIS 8828.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 385 Fed. Appx. 830.

**No. 10-6984. Lacy J. Goggans, Petitioner v. United States.**

562 U.S. 1051, 131 S. Ct. 616, 178 L. Ed. 2d 447, 2010 U.S. LEXIS 8895.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 386 Fed. Appx. 171.